IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  09-cv-02892-AP

MARCY GREENBERG,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | DAVID M. GAOUETTE,<br>Acting United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>THOMAS KRAUS,<br>Special Assistant U.S. Attorney<br>1961 Stout St., #1001A<br>Denver, CO 80294 |

303-844-0017
tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint was filed:** December 11, 2009

    B. **Date Complaint was served on U.S. Attorney's office:** December 18, 2009.

    C. **Date Answer and Administrative Record were filed:** March 16, 2010.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters to bring to the Court's attention.

## 8. BRIEFING SCHEDULE

A. **Plaintiff's Opening Brief due:**   May 5, 2010

B. **Defendant's Response Brief due:**   June 11, 2010

C. **Plaintiff's Reply Brief (if any) due:**   June 25, 2010

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's statement**:

Plaintiff does not request oral argument.

B. **Defendant's statement**

Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   ( ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

B.   ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED this 2nd day of _April_, 2010.

<div style="float:right">

BY THE COURT

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

</div>

APPROVED:

/s *Ann J. Atkinson*_____
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

UNITED STATES ATTORNEY
s/*Thomas Kraus*_____
By: Thomas Kraus, Esq.
Special Assistant U.S. Attorney
1961 Stout Street, #1001
Denver, CO 80294
Tele: 303-844-0017
Fax: 303-844-0770
Email: tom.kraus@ssa.gov